

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2016

No. 04-16-00746-CR

Frederick **FLETCHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2015CR8480
Honorable Andrew Carruthers, Judge Presiding

**ORDER**

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 28, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2016.

_____
Keith E. Hottle, Clerk